UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JORGE HUMBERTO ZARAGOZA FUENTES and JORGE ANTONIO ZARAGOZA VILLARDAGA, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | EP-19-CV-00086-FM |
| | § § | |
| PEDRO ZARAGOZA FUENTES, PEDRO ZARAGOZA DELGADO, ADRIANA ZARAGOZA DE OROZCO, CLAUDIA PATRICIA ZARAGOZA DELGADO, WENDY AIMEE ORTIZ PORTILLO, OSCAR HOLGUIN ROJAS, LUCILA ARRAS DIAZ, JOSE NEMORIO LOPEZ LEON, DONATO ESTEBAN RAMOS BORUNDA, JUAN RAMON MORALES, PETER HARLAND BEUDEN, and CC RESTAURANT, LP D/B/A CAFE CENTRAL, | § § § § § § § § § § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Before the court is "Joint Stipulation of Dismissal with Prejudice" ("Stipulation") [ECF No. 23], jointly filed August 27, 2019. Therein, the parties stipulate to dismissal of this case with prejudice.[1] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all

---

[1] "Joint Stipulation of Dismissal with Prejudice" ("Stip.") 1, ECF No. 23, filed Aug. 27, 2019.

1

parties who have appeared."[2] The parties' attorneys have signed the Stipulation, demonstrating their consent.[3]

Accordingly, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE.**

2. All pending motions, if any, are **DENIED AS MOOT**.

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the above-captioned cause.

**SO ORDERED.**

**SIGNED** this 27 day of **August, 2019.**

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[2] FED. R. CIV. P. 41(a)(1)(A)(ii).

[3] *See* Stip. 1-2.